# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

CODY A. BACKUS,

       Petitioner,

       V.          CASE NUMBER: 9:11-CV-19

SUPERINTENDENT,

       Respondent.

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered dismissing this action with prejudice pursuant to the December 21 Decision and Order of Judge Kopf which ordered that the petition be denied and ordered that the Court declines to issue a Certificate of Appealability.

December 21, 2012  
DATE

                               Clerk of Court

ENTERED ON DOCKET:    S/Nancy A. Steves  
12-21-12 by NAS            Deputy Clerk